# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                      **CASE NO: 6:21-mj-1720-DCI**

**LUIS GARCIA**

_____

AUSA: Amanda Daniels

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **September 8, 2021**<br>4:34-4:42 PM<br>8 minutes |
|---|---|---|---|
| Courtroom: | Zoom (Videoconference) | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5)

**Rule 5c- District of Connecticut**
Case called, appearances made, procedural setting by the Court.
Hearing held via Zoom due to COVID-19 pandemic.
Defendant consents to proceeding via videoconference.
No issue as to competency.
Court advises defendant of his rights.
Government advises of the counts in the Indictment and of the potential penalties.
Defendant requests court appointed counsel; Court appoints FPD for proceedings in the MDFL.
Government makes ore tenus motion for detention.
Defendant waives identity hearing.
Counsel request a one day continuance of the detention hearing.
Detention hearing set for 9/9/2021.
Court adjourned.